## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Caddy Products, Inc.,                                  Civil No. 05-800 (RHK/AJB)

           Plaintiff,                                **ORDER**

vs.

American Seating Company,

           Defendant.

---

       Plaintiff's Motion to File an Affidavit (Doc. No. 24) will be addressed at the September 13, 2005 hearing.

Dated: September 12, 2005

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge