UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Caddy Products, Inc.,                          Civil No. 05-800 (RHK/AJB)

          Plaintiff,                          **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

American Seating Company,

          Defendant.


     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  August 28, 2006



                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge