UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

CADDY PRODUCTS, INC.,            Civil No. 05-0800 (JRT/FLN)

                  Plaintiff,

v.                                                **ORDER OF DISMISSAL**

AMERICAN SEATING COMPANY,

                  Defendant.

_____

Richard Jensen and Dyanna Street, **FABYANSKI, WESTRA, HART & THOMSON, PA,** 800 LaSalle Avenue, Suite 1900, Minneapolis, MN 55402, for plaintiff.

Todd Dickinson, **FISHER & DICKINSON PC**, 4764 East Fulton, Suite 204, Ada, MI 49301; Conrad Clark, **CLARK & BRODY**, 1090 Vermont Avenue NW, Suite 250, Washington, DC 20005; Michael O'Neill, **JOHNSON PROVO-PETERSEN O'NEILL, LLP**, 332 Minnesota Street, Suite W-975, St. Paul, MN 55101, for defendant.

    Pursuant to the Stipulation to Extend Deadline to Move to Reopen Lawsuit filed on July 29, 2009 [Docket No. 194],

    **IT IS HEREBY ORDERED** that the Court shall retain jurisdiction through Monday, August 3, 2009, to permit any party to move to reopen the lawsuit, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: July 30, 2009
at Minneapolis, Minnesota.                                     s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                     United States District Judge